```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

TONIA L. LEWIS,

    Plaintiff,

v.                          CIVIL ACTION NO. 1:20-00062

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

**MEMORANDUM OPINION AND ORDER**

    By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation ("PF&R") on January 11, 2021, in which he recommended that the district court deny plaintiff's motion to proceed without prepayment of fees and costs, dismiss plaintiff's complaints, and remove this matter from the court's docket.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation. The failure of any party to file such objections constitutes a waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the required time period.* Having reviewed the Findings and Recommendation filed by Magistrate Judge Aboulhosn, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DENIES** plaintiff's motion to proceed without prepayment of fees and costs, **DISMISSES** plaintiff's complaints, and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.

**IT IS SO ORDERED** this 14th day of February, 2022.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge

---

\* Objections were due on or before January 25, 2021. Lewis received one 60-day extension of the deadline for filing objections. See ECF No. 12. Instead of filing objections, she filed a motion for an additional extension of time, until April 15, 2021, to file her objections. See ECF No. 13. More than 10 months later, no objections have been filed. The second motion for an extension of time is **DENIED** as moot.